# Court of Appeals
# of the State of Georgia

ATLANTA, December 02, 2025

*The Court of Appeals hereby passes the following order*

## A26D0199. WASEEM DAKER v. TYRONE OLIVER, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS et al.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

25CV013897



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, December 02, 2025.

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*